## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | Case No. 1:22-CV-02977-GLR |
| vs. | * | |
| ISAAC M. NEUBERGER, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **DEFENDANT'S MOTION TO DISMISS**

Defendant, Isaac Neuberger, by and through his undersigned counsel, hereby moves to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for this Motion is set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Isaac Neuberger respectfully requests that the Court grant this Motion and grant him such other and further relief as justice requires.

Date: January 25, 2023

Respectfully submitted,

*/s/ James P. Ulwick*
James Ulwick, Bar No. 00536
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21201
Telephone: 410-347-7426
Fax: 410-539-1269
julwick@kg-law.com

*/s/ Brandon N. Mourges*
Brandon N. Mourges, Bar No. 29477
CREPEAU MOURGES
1344 Ashton Road, Suite 110
Hanover, Maryland 21076
Telephone: 667-900-9912
Fax: 667-999-0202
brandon@usataxlaw.com