IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | Case No. 1:22-CV-02977-GLR |
| vs. | * | |
| ISAAC M. NEUBERGER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Isaac M. Neuberger's Motion to Dismiss, Memorandum of Law in Support of Motion, any opposition and response thereto, and the applicable law, it is this _____ day of _____, 2023:

**ORDERED** that Defendant Isaac M. Neuberger's Motion to Dismiss is **GRANTED**; and further,

**ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.**

_____
United States District Court Judge

4869-7363-7197, v. 1