# EXHIBIT A

[Bank Letterhead]

STANDBY LETTER OF CREDIT NO. [●]

Issue Date: [●]
Amount: USD [●] (United States Dollars)
Expiry Date: [●] (the "Expiry Date")
Place of Presentation: [● Bank's Address / E-mail for Electronic Presentation if accepted]

Beneficiary:
United States of America
[Address Line 1]
[Address Line 2]
Attn: [●]

Applicant / Account Party:
Isaac M. Neuberger
1 South Street
Suite 2700
Baltimore, MD 21202

Advising Bank (if any):
[Name and SWIFT]
[Address]

APPLICABLE RULES
This Standby Letter of Credit (the "Credit") is issued subject to the International Standby Practices (ISP98), International Chamber of Commerce Publication No. 590 ("ISP98"). To the extent not inconsistent with ISP98, this Credit shall be governed by the laws of the State of New York, excluding its conflict of laws rules.

IRREVOCABLE UNDERTAKING
We, [Issuing Bank Name] (the "Issuer"), hereby issue this Irrevocable Standby Letter of Credit in favor of the Beneficiary for the account of the Applicant up to the Amount stated above, available by payment at sight upon presentation of the Documents described below at our counters at the Place of Presentation on or before the Expiry Date, as the same may be extended.

CONDITIONS OF DRAW
This Credit is available against the Beneficiary's presentation of the following Documents:

1. The Beneficiary's dated and signed demand on [Issuing Bank Name] in the form of the Demand Statement attached as Exhibit A, completed on Beneficiary letterhead, stating:

   "The United States of America hereby demands payment of USD [insert amount demanded] under Standby Letter of Credit No. [●] as the Judgment of the United States District Court for the District of Maryland, dated January 23, 2026, in Case No. 1:22-cv-02129 has been affirmed

by the United States Court of Appeals for the Fourth Circuit, and such disposition is final and non-appealable."

2. One of the following evidencing the foregoing final, non-appealable disposition adverse to the Account Party in Case No. 1:22-cv-02129 :
   (a) a copy of the mandate or order issued by the United States Court of Appeals (or other appellate court of competent jurisdiction) showing affirmance of the judgment against the Account Party and that the disposition is final and non-appealable; or
   (b) a certified copy of a final judgment, mandate, or order of the United States District Court for the District of Maryland reflecting the final, non-appealable status following exhaustion or expiration of appellate remedies; or
   (c) a certificate signed by an authorized attorney of the United States Department of Justice (Tax Division) or the Office of Chief Counsel, IRS, confirming that all appeals have been resolved adversely to the Account Party and the disposition is final and non-appealable.

PARTIAL DRAWINGS; MULTIPLE PRESENTATIONS
[☐ Allowed. This Credit permits partial drawings and multiple presentations up to the Amount. / ☐ Not allowed. Only one drawing up to the full Amount is permitted.]
(If allowed, any drawing reduces the available Amount pro tanto.)

PRESENTATION; TIME AND METHOD
Presentation may be made at our counters at the Place of Presentation above on a Banking Day on or before the Expiry Date. [☐ Electronic presentation of Documents in PDF format to: [secure email address] is permitted and shall constitute presentation at our counters when received before 5:00 p.m. [City] time on a Banking Day.]

PAYMENT
Upon a complying presentation, we will honor the drawing and effect payment in immediately available funds no later than the close of the third (3rd) Banking Day following presentation, by wire transfer pursuant to instructions provided by the Beneficiary in the Demand Statement.

AUTOMATIC EXTENSION (EVERGREEN) [Optional]
Unless we have given written notice of non-extension to the Beneficiary at the address above at least [60] days prior to the then-current Expiry Date, this Credit shall be automatically extended for successive one-year periods from the Expiry Date, but in no event shall this Credit be extended beyond [Final Outside Date, if any]. Any such notice of non-extension shall be effective when sent, and we shall concurrently send a copy to the Applicant. In the event we issue a notice of non-extension, the Beneficiary may draw for the then-available Amount on or before the current Expiry Date by presenting the Demand Statement marked "Non-Extension Drawing."

TRANSFERABILITY
[☐ This Credit is non-transferable. / ☐ This Credit is transferable one time only in its entirety, in accordance with ISP98 Rule 6, upon payment of applicable fees.]

COMMUNICATIONS; DISCREPANCIES

All notices, discrepancy advices, and other communications shall reference this Credit number. We may contact the Beneficiary using the contact information accompanying the presentation to resolve documentary questions. Any discrepancies must be stated by us no later than the close of the second (2nd) Banking Day following presentation.

INDEPENDENCE; NO CONDITION OUTSIDE DOCUMENTS
Our obligations under this Credit are independent of the underlying relationship between the Beneficiary and the Applicant. We deal with Documents only, and will honor any presentation that appears on its face to comply with the terms and conditions of this Credit and ISP98.

SANCTIONS; COMPLIANCE
No payment will be made in violation of applicable sanctions or anti-boycott laws administered by the United States or other applicable jurisdictions. Any such restriction shall not expand or reduce documentary conditions of draw other than as required by law.

CHARGES
All Issuer charges are for the account of [☐ Applicant / ☐ Beneficiary]. Correspondent and advising bank charges are for the account of [☐ Applicant / ☐ Beneficiary].

CONTACT FOR PRESENTATIONS AND INQUIRIES
[Department / Unit]
[Issuing Bank Name]
[Address]
SWIFT: [●] | Tel: [●] | Email: [●]

FOR THE ISSUER:

[Issuing Bank Name]

By: _____
Name: [●]
Title: [●]
Date: [●]

— — — — — — — — — — — — — — — — — — — — — — — —

EXHIBIT A
FORM OF BENEFICIARY DEMAND STATEMENT

(To be printed on U.S. letterhead)

Date: [●]

To: [Issuing Bank Name]
Re: Standby Letter of Credit No. [●]
Amount Claimed: USD [●]

The United States of America hereby demands payment of USD [insert amount demanded] under Standby Letter of Credit No. [●] as the Judgment of the United States District Court for the District of Maryland, dated January 23, 2026, in Case No. 1:22-cv-02129 has been affirmed by the United States Court of Appeals for the Fourth Circuit, and such disposition is final and non-appealable

Attached is [select one]: (a) a copy of the appellate mandate/order confirming affirmance and finality; or (b) a certified copy of a final judgment, mandate, or order of the United States District Court for the District of Maryland reflecting final, non-appealable status; or (c) a certificate signed by an authorized attorney of the United States Department of Justice (Tax Division) or the Office of Chief Counsel, IRS, confirming that all appeals have been resolved adversely to the Account Party and the disposition is final and non-appealable.

Please remit the Amount Claimed in immediately available funds to the following account:
Bank Name: [●]
ABA/Routing: [●]
Account Name: [●]
Account No.: [●]
Reference: [●]

Authorized Signature:
Name: _____   Title: _____