

James P. Ulwick
410.347.7426
410.361.8206 Fax
julwick@kg-law.com

Also admitted in DC

March 16, 2026

**VIA ECF and E-MAIL**
The Honorable Erin Aslan
United States Magistrate Judge
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

>    Re:    United States of America v. Isaac Neuberger
>           Case No. 22-cv-2977-EA

Dear Judge Aslan:

      Attached please find the irrevocable Letter of Credit issued by Safra National Bank of New York which reflects the terms agreed to by all parties and those ordered by this Court on February 25, 2026 (ECF 166).

      Accordingly, we respectfully request that the Court order a stay of execution during the pendency of the appeal. The government consents to this request.

      We thank Your Honor for your consideration. I will be happy to answer any questions the Court may have.

Very truly yours,

James P. Ulwick

cc:    All counsel of record (via ECF and email)

Kramon & Graham, P.A.  |  750 East Pratt Street  |  Suite 1100  |  Baltimore, MD  21202  |  (410) 752-6030  |  www.kramonandgraham.com