IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,        )
                                     )
      Plaintiff,                )
                                     )
      v.                     )     Case No. 1:22-cv-02977-EA
                                     )
ISAAC M. NEUBERGER,          )
                                   )
      Defendant.           )
_____)

**UNITED STATES' NOTICE OF CROSS-APPEAL**

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on January 23, 2026 at ECF No. 157.

Dated: March 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
KRISTINA M. PORTNER
EMILY K. MCCLURE
Trial Attorneys
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel.: 202-307-1355
Fax: 202-514-6866
Ryan.McMonagle@usdoj.gov
Kristina.M.Portner@usdoj.gov
Emily.K.McClure@usdoj.gov